———o———

DAVID BOWLES, Defendant in Error, *vs.* ENOS LEWIS, Plaintiff in Error.

1. Writ dismissed for want of assignment of error.

*Error to the St. Charles Circuit Court.*

*A. H. Buckner*, for Respondent.

SHERWOOD, Judge, delivered the opinion of the court.

In this case there has been filed neither assignment of errors, statement nor brief, by the party who seeks a reversal of the judgment of the court below.

Let the writ of error be dismissed. The other Judges concur.